

FILED

04/17/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0047

## IN THE SUPREME COURT OF THE STATE OF MONTANA

Supreme Court Cause No. DA 20-0047

| | |
|---|---|
| WILLIAM H. PAYNE,<br>Appellant,<br><br>vs.<br><br>CHARLENE G. PAYNE,<br>Appellee. | **GRANT OF EXTENSION OF TIME TO FILE APPELLANT'S OPENING BRIEF** |

Pursuant to authority granted under Mont. R. App. P. 26(1), the Appellant is given an extension of time until Thursday, June 4, 2020 to prepare, file, and serve Appellant's opening brief.

DATED this _____ day of April, 2020.

BOWEN GREENWOOD
Clerk of the Supreme Court

c:   Channing J. Hartelius, chartelius@aol.com
c:   Penni L. Chisholm, penni@chisholmlawfirm.com